# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BRIAN BARKLEY,** *et al.***,**

    **Plaintiffs,**

    v.

                                                  Civil Action 2:22-cv-4458
                                                  Judge Algenon L. Marbley
                                                  Magistrate Judge Elizabeth P. Deavers

**NATIONWIDE AGRIBUSINESS**
**INSURANCE COMPANY,**

    **Defendant.**

## ORDER

**WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, the parties are **DIRECTED** to file a **JOINT WRITTEN STATUS REPORT** advising the Court of the status, but not the substance, of their settlement negotiations.  In the interim, the pending motion to compel (ECF No. 41) is **DENIED without prejudice to re-filing to the extent it may remain necessary**.

    **IT IS SO ORDERED.**

Date: March 27, 2025                                                          /s/ *Elizabeth A. Preston Deavers*
                                                                            ELIZABETH A. PRESTON DEAVERS
                                                                            UNITED STATES MAGISTRATE JUDGE